UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RONNIE CHI WAN,<br><br>                    Plaintiff,<br><br>     v.<br><br>PULTE MORTGAGE, *et al.*,<br><br>                    Defendants. | Case No. 2:13-CV-01362-RCJ-GWF<br><br>ORDER |

Before the Court is the Report and Recommendation of U.S. Magistrate Judge (#19)[1] entered on March 6, 2014, recommending that the Court grant Defendant's Motion for Case-Ending Sanctions for Plaintiff's Failure to Comply with the Court's December 17, 2013 Order (#14), and dismiss with prejudice Plaintiff's complaint as a sanction for his failure to comply with Order (#11). Plaintiff filed his Objections to Magistrate Judge's Report and Recommendations (#20) on March 14, 2014, and Defendant's Opposition to Plaintiff's Objection to Magistrate Judge's Report and Recommendation (#24) was filed with the Court on March 28, 2014.

The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#19) entered March 6, 2014, should be adopted and accepted.

IT IS HEREBY ORDERED that Defendant's Motion for Case-Ending Sanctions for Plaintiff's Failure to Comply with the Court's December 17, 2013 Order (#14) is GRANTED.

///

///

///

---

[1] Refers to Court's docket number.

1 IT IS FURTHER ORDERED that Plaintiff's Complaint is DISMISSED with PREJUDICE. The Clerk of the Court shall enter judgment accordingly and close the case.

IT IS SO ORDERED this 9th day of July, 2014.

_____
ROBERT C. JONES